Omel A. Nieves, Esq., SBN 134444
nieves@huntortmann.com
John Darling, Esq., SBN 156109
darling@huntortmann.com
Alison Gibbs, Esq., SBN 257526
gibbs@huntortmann.com
HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for MALLCRAFT, INC. a
California corporation; GERALD L.
FISHBEIN, individually and as Trustee of
the GERALD LEE FISHBEIN TRUST
also known as THE GERALD LEE
FISHBEIN TRUST (1999
RESTATEMENT)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MALLCRAFT, INC., a California corporation; GERALD L. FISHBEIN, individually and as Trustee of the GERALD LEE FISHBEIN TRUST also known as THE GERALD LEE FISHBEIN TRUST (1999 RESTATEMENT),<br><br>Defendants. | Case No. 2:17-cv-5700<br><br>[PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE DUE TO PENDING SETTLEMENT NEGOTIATIONS |

Based on the Parties' Third Joint Stipulation to Continue Defendants

974918.1

1   [PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE DUE TO PENDING SETTLEMENT NEGOTIATIONS

Mallcraft, Inc., and Gerald L. Fishbein, individually and as Trustee of the Gerald Lee Fishbein Trust also known as The Gerald Lee Fishbein Trust (collectively "Defendants") Responsive Pleading Deadline, and good cause having been shown, the Court orders that Defendants' responsive pleading deadline be continued to December 13, 2017.

**IT IS SO ORDERED.**

DATED: ~~October~~ November 6, 2017

_____
The Honorable John E. McDermott

974918.1

2 [PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE DUE TO PENDING SETTLEMENT NEGOTIATIONS